**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 18th day of February, 2022.**



Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NICOLE MARIE VASKO, | ) | Case No. 20-21082 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| NICOLE MARIE VASKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 21-6020 |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO REOPEN DISCOVERY AND RESET DEADLINES

This matter is before the Court on the Joint Motion of the Parties to Reopen Discovery and Reset Deadlines, Doc. 26. The Plaintiff, Nicole Marie Vasko, appears by and through her attorney, George Thomas, and Defendant United States Department of Education (DOE), appears by Duston J. Slinkard, United States Attorney for the District of Kansas, and Michelle Jacobs and Kathryn E. Sheedy, Assistant United States Attorneys.

The Court finds the following.

In the United States Bankruptcy Court for the District of Kansas
*Nicole Marie Vasko v. United States Department of Education,* Case No. 21-6020
Agreed Order Granting Motion to Reopen Discovery and Reset Deadlines
Page 2

1. On February 17, 2022, the parties submitted a Joint Motion to Reopen Discovery and Reset Deadlines. In support of the Motion the parties presented evidence that Debtor's father recently passed away which may have a significant financial impact on Debtor. The parties request time to conduct additional discovery.

2. The Court finds the parties seek the new deadlines not to delay the case but to provide the parties an opportunity to discover new information that is relevant to the analysis whether excepting the student loan debt owed by Debtor to DOE imposes an undue hardship on Debtor and her dependents.

The Court adopts the deadlines as follows:

    a. Discovery complete by July 29, 2022

    b. Amended pretrial order by August 19, 2022.

    c. Dispositive motions by September 16, 2022.

    d. This case can be ready for trial not later than October 1, 2022. The parties expect the trial to take two days.

IT IS SO ORDERED.

###

PREPARED BY:

DUSTON J. SLINKARD
United States Attorney
District of Kansas

/s/Michelle A. Jacobs
Michelle Jacobs
United States Attorney's Office
District of Kansas
444 SE Quincy Suite 290
Topeka, Kansas 66683
Ks. S.Ct. No. 21261
Phone: 785-295-2850
Email: michelle.jacobs@usdoj.gov

In the United States Bankruptcy Court for the District of Kansas
*Nicole Marie Vasko v. United States Department of Education,* Case No. 21-6020
Agreed Order Granting Motion to Reopen Discovery and Reset Deadlines
Page 3

/s/Kathryn Sheedy
Kathryn Sheedy
United States Attorney's Office
District of Kansas
444 SE Quincy Suite 290
Topeka, Kansas 66683
Ks. S.Ct. No. 22867
Phone: 785-295-2850
Email: Kathryn.sheedy@usdoj.gov

*Attorneys for United States Department of Education*


APPROVED BY:

/s/George J. Thomas
George Thomas
Phillips & Thomas LLC
5251 W 116th Place, Ste. 200
Leawood KS 66211
Ks. S.Ct. No. 19230
Email: geojthomas@gmail.com
Phone: 913-385-9900

*Attorney for Plaintiff*

United States Bankruptcy Court
District of Kansas

Vasko,
    Plaintiff

US Department of Education,
    Defendant

Adv. Proc. No. 21-06020-RDB

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: pdf020ap | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Nicole Marie Vasko, 16540 Glenwood, Stilwell, KS 66085-9274 |
| dft | + | US Department of Education, co United States Attorney's Office, Attn: Civil Process Clerk, US Department of Justice, 500 State Avenue, Suite 300 Kansas City, KS 66101-2400 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Feb 18 2022 20:17:00 | Calvin Lundin, DOJ-Ust, 301 N Main, Ste S. 1150, Wichita, KS 67202-4800 |
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Feb 18 2022 20:17:00 | Kelly Jordan, Office of U.S. Trustee, 301 North Main Ste. 1150, Wichita, KS 67202-4811 |
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Feb 18 2022 20:17:00 | Stacy Kingsland, Office of U.S. Trustee, 301 North Main Ste. 1150, Wichita, KS 67202-4811 |
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Feb 18 2022 20:17:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George J. Thomas | on behalf of Plaintiff Nicole Marie Vasko geojthomas@gmail.com  john504pir@aol.com;johnphillipsattorney@gmail.com |
| Kathryn E Sheedy | on behalf of Defendant US Department of Education kathryn.sheedy@usdoj.gov barbara.mcginnis@usdoj.gov;CaseView.ECF@usdoj.gov;allie.kuebler@usdoj.gov |
| Michelle A Jacobs | on behalf of Defendant US Department of Education michelle.jacobs@usdoj.gov CaseView.ECF@usdoj.gov;allie.kuebler@usdoj.gov;barbara.mcginnis@usdoj.gov |

TOTAL: 3